| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.<br><br>        Defendants. | **CASE NO. 5:10-cv-111** |

| | |
|---|---|
| JAMESTOWN MATTRESS CO., INC., on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.,<br>   Defendants. | **CASE NO. 5:10-cv-00113** |
| THOMPSON TRADING COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAM EX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.,<br><br>   Defendants. | **CASE NO. 5:10-cv-00114** |

| | |
|---|---|
| SHORE-LINE CARPET SUPPLIES, INC., on Behalf of Itself and all Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAM EX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.,<br><br>        Defendants. | **CASE NO. 5:10-cv-00115** |
| V & M, INC. d/b/a COSTA INTERNATIONAL,<br><br>        Plaintiff,<br><br>v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL, INC., FOAM EX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC.,<br><br>        Defendants. | **CASE NO. 5:10-cv-00116** |

# MOTION OF ALYANNA ENTERPRISES, INC. TO INTERVENE FOR THE LIMITED PURPOSE OF FILING A MOTION IN OPPOSITION TO THE PRESENT CONSIDERATION BY THIS COURT OF THE JOINT MOTION FOR CONSOLIDATION OF RELATED CASES AND FOR APPOINTMENT OF INTERIM CO-LEAD AND LIAISON COUNSEL

Plaintiff Alyanna Enterprises, Inc., D/B/A The Mattress Maker ("Alyanna"), a Brockton, Massachusetts corporation that has filed a complaint in the Northern District of Ohio alleging violations of antitrust law arising from the same conspiracy alleged in the above-referenced actions, respectfully requests leave to intervene in this action for the limited purpose of filing the attached Partial Opposition of Alyanna Enterprises, Inc. to the Joint Motion for Consolidation of Related Cases and For Appointment of Interim Co-Lead and Liaison Counsel ("Lead Counsel Motion"). *See* Opposition of Alyanna to the Lead Counsel Motion, attached hereto as Exhibit A.

In support of this motion, Alyanna states as follows:

(1) Alyanna, as well as several other plaintiffs, have filed actions in the Northern District of Ohio also arising from the conspiracy described in the above-referenced actions. *See* Complaint, *Alyanna Enterprises, Inc., D/B/A The Mattress Maker v. Hickory Springs Manufacturing Company, et al.*, 3:10-cv-01910-JZ (N.D. Ohio) ("*Alyanna* Complaint"), attached hereto as Exhibit B. *See also*, *In re Polyurethane Foam Antitrust Litig.*, Schedule of Actions, filed by Piazza's Carpet and Tile Shop, which is attached hereto as Exhibit C (identifying cases filed as of August 25, 2010 with regard to the alleged Polyurethane Foam conspiracy).

(2) Plaintiffs Piazza's Carpet and Tile Shop, Inc. recently filed a Motion before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all actions relating to the conspiracy alleged in the above-referenced actions to this Court. *See In re Polyurethan* [sic] *Foam Antitrust Litigation*, Memorandum of Law In Support of Plaintiff Piazza's Carpet and Tile Shop, Inc.'s Motion for Transfer And Consolidation or Coordination of Related Antitrust Actions For Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 ("MDL Memorandum"), attached hereto as Exhibit D.

(3) Plaintiff Piazza's Carpet & Tile Shop, Inc.'s Motion for Transfer and Consolidation or Coordination of Related Antitrust Actions for Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 ("Piazza's MDL Motion") was docketed on August 31, 2010, meaning that responses to the Motion are due on September 21, 2010. *See In re Polyurethane Foam Antitrust Litigation*, Notice of Filing and Publication of Briefing Schedule, attached hereto as Exhibit E.

(4) At this time, it appears that at least some Plaintiffs and some Defendants – potentially including Alyanna and the Defendants located in the Northern District of Ohio – will oppose Piazza's MDL Motion, and will instead seek transfer of the actions arising from the Polyurethane Foam Conspiracy to the Northern District of Ohio. Other Plaintiffs may also seek transfer to still other judicial districts.

(5) Accordingly, pursuant to Fed. R. Civ. P. 24(a)(2), Alyanna should be permitted to intervene in this action for the limited purpose of opposing as premature the Lead Counsel Motion. Selection of Lead Counsel prior to determination of the appropriate transferee forum "may, as a practical matter impair or impede" Alyanna's "ability to protect its interest," Fed. R. Civ. P. 24(a)(2), because Alyanna, having not filed its

action in this forum, will be afforded no meaningful opportunity to participate in the selection of lead counsel unless it is permitted by the Court to intervene in order to present its position on the issue.

Dated: September 3, 2010

Respectfully submitted,

**s/Rebecca K. Cheney**

Keith J. Merritt
Rebecca K. Cheney
HAMILTON MOON STEPHENS
STEELE & MARTIN, PLLC
201 South College Street
Suite 2020
Charlotte, NC 28244
(704) 344-1117
Fax: (704) 344-1483

Thomas G. Shapiro
Charles E. Tompkins
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939
Fax: (617) 439-0134

*Attorneys for Plaintiff Alyanna Enterprises, Inc., D/B/A The Mattress Maker*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties of record by electronically filing a copy of the same with the Court's ECF filing system

This 3rd day of September, 2010.

                                        **s/ Rebecca K. Cheney**
                                        Rebecca K. Cheney, Bar No. 20998
                                        Hamilton Moon Stephens Steele
                                              & Martin, PLLC
                                        2020 Charlotte Plaza
                                        201 South College Street
                                        Charlotte, North Carolina 28244-2020
                                        Telephone: (704) 344-1117
                                        Fax: (704) 344-1483
                                        Email: bcheney@lawhms.com