IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION

MDL 2196 – IN RE POLYURETHANE FOAM ANTITRUST LITIGATION

| | |
|---|---|
| Piazza's Carpet & Tile Shop, Inc., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Hickory Springs Manufacturing Company, Valle Foam Industries, Inc., Domfoam International, Inc., The Carpenter Company, The Woodbridge Group, Flexible Foam Products, Inc., Scottdel, Inc., Foamex Innovations, Inc., Future Foam, Inc., Vitafoam Products Canada Limited and Vitafoam, Inc.,<br><br>        Defendants. | LEAD CASE NO. 5:10-CV-00111<br><br><br>**NOTICE OF APPEARANCE** |

  COMES NOW, William H. Latham, of the law firm of Nelson Mullins Riley & Scarborough, LLP, to enter his appearance on behalf of Defendant Woodbridge Sales & Engineering, Inc., erroneously sued as The Woodbridge Group, in the above-captioned matter.

**SIGNATURE NEXT PAGE**

RESPECTFULLY SUBMITTED, this 1st day of October, 2010.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ William H. Latham
    William H. Latham
    N.C. Bar No. 29578
    E-Mail: bill.latham@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC 29201
    (803) 799-2000

Attorneys for Woodbridge Sales & Engineering, Inc., erroneously sued as The Woodbridge Group