# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:10CV111

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., Jamestown, New York, on behalf of itself and all others similarly situated, <br>　　　　Plaintiff, <br><br>　　vs. <br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA and VITAFOAM, INC., <br>　　　　Defendants. | **ORDER GRANTING MOTION PRO HAC VICE OF ROBERT G. EISLER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff, Pandolfi House Of Carpets, for admission *pro hac vice* of Robert G. Eisler, and it appearing to the Court under Local Rule 83.1(B) that Mr. Eisler, should be admitted *pro hac vice* as representing Plaintiff, Pandolfi House Of Carpets.

**IT IS THEREFORE ORDERED** that the motion is granted and Robert G. Eisler is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2010

Richard L. Voorhees
United States District Judge