# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## MDL 2196 – IN RE POLYURETHANE FOAM ANTITRUST LITIGATION

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, AND VITAFOAM, INC.<br>            Defendants. | WDNC LEAD CASE NO.: 5:10CV111-V |

## ORDER APPOINTING INTERIM CO-LEAD & LIAISON COUNSEL FOR PUTATIVE PLAINTIFF CLASS

**THIS MATTER** is before the Court upon the joint motion of various Plaintiffs, led by Piazza's Carpet & Tile Shop, Inc., seeking appointment of Interim Co-Lead and Liaison Counsel pursuant to FED. R. CIV. P. 23(g)(3). (Documents ##14-18)

A hearing was held on Friday, October 8, 2010, for purposes of allowing all interested parties an opportunity to be heard. Defendants oppose Plaintiffs' motion and contend that formal recognition of Lead and Liaison Counsel is premature and unnecessary. Having thoughtfully

considered the relevant criteria under Rule 23, and the fact that the proposed appointees have uncontested support among the Plaintiff group, the motion will be granted.[1] *See* FED. R. CIV. P. 23(g)(1), (2) and (4).

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel and Liaison Counsel is **GRANTED**. Accordingly, the following are hereby appointed to represent the Putative Plaintiff Class on an interim basis:

**CO-LEAD** – Hausfeld LLP (Michael D. Hausfeld)

**CO-LEAD** – Bois Schiller & Flexner (William A. Isaacson)

**LIAISON** – The Van Winkle Law Firm (Larry S. McDevitt, David M. Wilkerson)

Signed: October 13, 2010

Richard L. Voorhees
United States District Judge

---

[1] The Court's appointment pertains only to the civil actions filed within this district's Consolidated Action, Civil Docket No.: 5:10CV111 (WDNC for MDL 2196 – IN RE Polyurethane Foam Antitrust Litigation).