IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV111

PIAZZA'S CARPET & TILE SHOP, INC., )
Jamestown, New York, on behalf of itself )
and all others similarly situated, )
      Plaintiff, )
     )
    vs. )    **ORDER GRANTING MOTION**
     )    **PRO HAC VICE OF**
HICKORY SPRINGS )    **S. KEITH HUTTO**
MANUFACTURING COMPANY, )
VALLE FOAM INDUSTRIES, INC., )
DOMFOAM INTERNATIONAL, INC., )
THE CARPENTER COMPANY, )
THE WOODBRIDGE GROUP, )
FLEXIBLE FOAM PRODUCTS, INC., )
SCOTTDEL INC., FOAMEX )
INNOVATIONS, INC., FUTURE FOAM, )
INC., VITAFOAM PRODUCTS )
CANADA and VITAFOAM, INC., )
      Defendants. )

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant, Woodbridge Sales & Engineering, Inc.[1] for admission *pro hac vice* of S. Keith Hutto, and it appearing to the Court under Local Rule 83.1(B) that Mr. Hutto should be admitted *pro hac vice* as representing Defendant, Woodbridge Sales & Engineering, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and S. Keith Hutto is admitted to practice before this Court *pro hac vice*.

          Signed: November 1, 2010

          Richard L. Voorhees
          United States District Judge

---

[1] Erroneously sued as The Woodbridge Group.