# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALYANNA ENTERPRISES, INC., <br><br> Intervenor Plaintiff, <br><br> v. <br><br> HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, and VITAFOAM, INC. <br><br> Defendants. | Case No. 5:10-CV-00111-RLV <br><br> **MDL No. 2196** <br><br><br> **DEFENDANT'S MOTION TO WITHDRAW JENNIE C. BOSWELL AS ATTORNEY OF RECORD** |

      Defendant Hickory Springs Manufacturing Company ("HSM") hereby moves the Court to withdraw the appearance of Jennie C. Boswell of the firm of Alston & Bird LLP as its attorney in the above-captioned matter. Ms. Boswell is leaving the firm of Alston & Bird LLP and no longer will serve as attorney of record. Frank A. Hirsch, Jr. and Matthew P. McGuire of the firm of Alston & Bird LLP will remain as attorneys of record for HMS in this matter.

      Further, HSM is a defendant in the following related and consolidated civil actions. Ms. Boswell will no longer serve as attorney of record, but Mr. Hirsch and Mr. McGuire will remain as attorneys of record in these matters:

*Jamestown Mattress Co., Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00113-RLV

*Thompson Trading Company v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00114-RLV

*Shore-Line Carpet Supplies, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00115-RLV

*V&M, Inc. doing business as Costa International v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00116-RLV

*Martin Greenbaum Company, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00118-RLV

*Pandolfi House of Carpets, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00120-RLV

*T. Steven Lackey, Sharyn Lackey and J. Keith Stokes v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00122-RLV

*Suburban Floor Covering, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00125-RLV

*Robert Sims Enterprises, LLC v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00128-RLV

*Foam Empire, Inc. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00129-RLV

*Thoroughbred Carpets, Ltd. v. Hickory Springs Manufacturing Company, et al.;* 5:10-cv-00131-RLV

WHEREFORE, Defendant HMS respectfully requests that the Court enter an Order granting its Motion to Withdraw Jennie C. Boswell as its attorney in the above-captioned action as well as the actions listed above.

Respectfully submitted this 22nd day of April, 2011.

/s/ Jennie C. Boswell
Jennie C. Boswell (NC Bar No. 38111)
Email: jennie.boswell@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000 – Telephone
(704) 444-1111 – Facsimile

Frank A. Hirsch, Jr. (NC Bar No. 13904)
Email: frank.hirsch@alston.com
Matthew P. McGuire (NC Bar No. 20048)
Email: matt.mcguire@alston.com
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Durham, North Carolina 27703-8580
(919) 862-2200 – Telephone
(919) 862-2260 – Facsimile

ATTORNEYS FOR DEFENDANT
HICKORY SPRINGS MANUFACTURING
COMPANY

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of **DEFENDANT'S MOTION TO WITHDRAW JENNIE C. BOSWELL AS ATTORNEY OF RECORD and [PROPOSED] ORDER** was filed with the Clerk of Court using the CM/ECF system, which will send notification to all attorneys of record.

Further, the undersigned also mailed a hard copy by United States Postal Service, first class mail, postage prepaid and addressed as follows:

| | |
|---|---|
| Francis Patrick Newell<br>Kevin T. Kerns<br>Peter M. Ryan<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>fnewell@cozen.com<br>kkerns@cozen.com<br>pryan@cozen.com<br><br>*Attorneys for Defendant*<br>*Foamex Innovations, Inc.* | Edward G. Warin<br>John P. Passarelli<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>edward.warin@kutakrock.com<br>john.passarelli@kutakrock.com<br><br>*Attorneys for Defendant*<br>*Future Foam, Inc.* |
| Shepard Goldfein<br>Elliot Silver<br>SKADDEN ARPS<br>Four Times Square<br>New York, NY 10036<br>shepard.goldfein@skadden.com<br>elliot.silver@skadden.com<br><br>*Attorneys for Defendants*<br>*DomFoam International, Inc. and*<br>*Valle Foam Industries, Inc.* | |

This the 22nd day of April, 2011.

/s/ Jennie C. Boswell